**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PHILIP A. DAVIS, | § § | |
| *Plaintiff,* | § § § | CIVIL ACTION No. 1:11CV300 |
| v. | § § | |
| SIGNAL INTERNATIONAL TEXAS GP, LLC; SIGNAL INTERNATIONAL LLC; and SIGNAL INTERNATIONAL TEXAS, LP, | § § § § § | JUDGE RON CLARK |
| *Defendants.* | § § § | |

## FINAL JUDGMENT

Pursuant to Rule 58 the Federal Rules of Civil Procedure, and in accordance with the court's order issued from the bench on November 5, 2012 the court enters the following Final Judgment:

It is hereby **ORDERED** that Plaintiffs shall be awarded:

1. One million, eighty-seven thousand, one-hundred thirty-five dollars and forty-seven cents ($1,087,135.47) in back pay and benefits to be distributed to each class member in the amounts specified in the Wages+Benefits Less Severance column of Plaintiffs' Exhibit Number 16 attached to this order.

2. Attorneys' fees in the amount of four-hundred fifty thousand dollars ($450,000.00)

3. Costs of court;

4. Pre-judgment interest at the prime rate, compounded quarterly from the date of each employees' termination to the date of final judgment in the total amount of One-hundred twenty thousand, three hundred eighty-nine dollars and eighteen cents ($120,389.18) to be distributed to each class member in the amounts specified in the interest column of Plaintiff's Exhibit Number 16 attached to this order; and

     5. Post-judgment interest in accordance with 28 U.S.C. § 1961.

It is further **ORDERED** that all relief not specifically granted herein is **DENIED**. All pending motions not previously ruled on are **DENIED**. This is a final judgment and is appealable.

     So **ORDERED** and **SIGNED** this **7**   day of **December, 2012.**

                                              Ron Clark, United States District Judge

Plaintiffs' Exhibit # 16 With Pre-Judgment Interest Calculations

| ID# | NAME | HOURLY WAGE/BI-MONTHLY SALARY | TOTAL LOST WAGES/SALARY | TOTAL LOST BENEFITS | LESS SEVERANCE | WAGES+BENEFITS LESS SEVERANCE | INTEREST * | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 840296 | ACOSTA, HUMBERTO | $ 21.70 | $ 7,117.60 | $ 5.94 | | $ 7,123.54 | 797.77 | $ 7,921.31 |
| 820485 | AGUILAR, FLOR | $ 22.30 | $ 7,314.40 | $ 5.94 | | $ 7,320.34 | 814.76 | $ 8,135.10 |
| 825307 | AGUILAR, RAUL | $ 14.45 | $ 809.20 | $ 1.09 | | $ 810.29 | 91.78 | $ 902.07 |
| 840230 | ALCALA, LUIS | $ 22.30 | $ 7,671.20 | $ 1,307.12 | | $ 8,978.32 | 995.75 | $ 9,974.07 |
| 842912 | ALLEN, KATHERINE | $ 1,666.66 | $ 5,897.46 | $ 966.80 | $ 769.20 | $ 6,095.06 | 669.38 | $ 6,764.43 |
| 842394 | ALLEN, VALENTI | $ 22.30 | $ 3,568.00 | $ 745.77 | | $ 4,313.77 | 488.63 | $ 4,802.40 |
| 842713 | ALVAREZ, ALEJANDRO | $ 22.30 | $ 7,671.20 | $ 5.94 | | $ 7,677.14 | 845.39 | $ 8,522.53 |
| 820698 | ALVAREZ, JESUS | $ 22.30 | $ 2,140.80 | $ 260.19 | | $ 2,400.99 | 267.23 | $ 2,668.22 |
| 842947 | ALVAREZ, JUAN | $ 12.80 | $ 4,198.40 | $ 507.34 | | $ 4,705.74 | 530.25 | $ 5,235.99 |
| 821543 | ANAYA, LUIS | $ 25.11 | $ 8,236.08 | $ 1,307.12 | | $ 9,543.20 | 1,048.06 | $ 10,591.26 |
| 827659 | ARELLANO, ALBERTO | $ 22.30 | $ 1,962.40 | $ 301.78 | | $ 2,264.18 | 252.00 | $ 2,516.18 |
| 824574 | ARELLANO, PEDRO | $ 22.30 | $ 7,314.40 | $ 1,307.12 | | $ 8,621.52 | 959.58 | $ 9,581.10 |
| 825046 | AVALOS CASTILLO, EUSEBIO | $ 22.30 | $ 7,314.40 | $ 5.94 | | $ 7,320.34 | 824.86 | $ 8,145.20 |
| 842223 | BARAJAS GONZALES, MACARIO | $ 22.30 | $ 7,314.40 | $ 507.34 | | $ 7,821.74 | 885.99 | $ 8,707.73 |
| 823400 | BERCIAN, MARIANO | $ 22.30 | $ 7,671.20 | $ 946.14 | | $ 8,617.34 | 948.93 | $ 9,566.27 |
| 829138 | BOREL, RICKY | $ 21.70 | $ 7,117.60 | $ 1,030.38 | | $ 8,147.98 | 918.12 | $ 9,066.10 |
| 843179 | BROWN, CARLA | $ 22.30 | $ 6,422.40 | $ 5.30 | | $ 6,427.70 | 671.20 | $ 7,098.90 |
| 842803 | BUCHER, FRANKIE | $ 1,473.39 | $ 5,213.56 | $ 476.74 | $ 680.00 | $ 5,010.30 | 562.09 | $ 5,572.39 |
| 840474 | BYERLY, ELIZABETH | $ 21.70 | $ 7,464.80 | $ 872.14 | | $ 8,336.94 | 923.80 | $ 9,260.74 |
| 826835 | BYRD, ROBERT | $ 21.70 | $ 868.00 | $ 73.53 | | $ 941.53 | 106.65 | $ 1,048.18 |
| 841845 | CABANILLAS, BRISA | $ 1,040.04 | $ 2,154.37 | $ 4.55 | | $ 2,158.92 | 243.06 | $ 2,401.97 |
| 823447 | CARDENAS, JOSE | $ 23.97 | $ 8,245.68 | $ 1,307.12 | | $ 9,552.80 | 1,020.01 | $ 10,572.81 |
| 840071 | CASCIO, VICTOR | $ 3,033.45 | $ 9,333.80 | $ 530.04 | $ 2,800.00 | $ 7,063.84 | 792.48 | $ 7,856.32 |
| 827119 | CEDILLO, LAURENCIO | $ 22.30 | $ 7,492.80 | $ 1,307.12 | | $ 8,799.92 | 943.08 | $ 9,743.00 |
| 842920 | CEJA AYALA, JUAN | $ 22.30 | $ 7,671.20 | $ 5.94 | | $ 7,677.14 | 867.34 | $ 8,544.48 |
| 840991 | CHRETIEN, TIMOTHY | $ 21.70 | $ 1,215.20 | $ 188.90 | | $ 1,404.10 | 159.05 | $ 1,563.15 |
| 841889 | DANOS, RAYMOND | $ 24.00 | $ 8,256.00 | $ 872.14 | | $ 9,128.14 | 1,024.96 | $ 10,153.10 |
| 840729 | DAVIS, PHILLIP | $ 2,628.70 | $ 8,088.62 | $ 1,372.88 | $ 2,426.18 | $ 7,035.32 | 753.97 | $ 7,789.29 |
| 843042 | DAY, BYRON | $ 21.70 | $ 7,117.60 | $ 507.34 | | $ 7,624.94 | 859.18 | $ 8,484.12 |
| 849243 | DE LA CRUZ, MARCO | $ 22.30 | $ 1,248.80 | $ 1.09 | | $ 1,249.89 | 141.58 | $ 1,391.47 |
| 843165 | DECUIR, DENNIS | $ 23.60 | $ 3,020.80 | $ 207.16 | | $ 3,227.96 | 365.64 | $ 3,593.60 |
| 841168 | DELGADO RAYO, DEMETRIO | $ 23.45 | $ 8,066.80 | $ 1,420.52 | | $ 9,487.32 | 1,070.91 | $ 10,558.23 |
| 841591 | DERWIN, TRACIE | $ 24.00 | $ 4,224.00 | $ 728.91 | | $ 4,952.91 | 558.59 | $ 5,511.50 |
| 827357 | DIAZ JIMENEZ, GASTON | $ 22.30 | $ 7,314.40 | $ 1,420.52 | | $ 8,734.92 | 984.26 | $ 9,719.18 |
| 820519 | DIAZ, EVERARDO | $ 22.30 | $ 1,784.00 | $ 315.89 | | $ 2,099.89 | 235.17 | $ 2,335.06 |
| 020799 | DIAZ, JOSE | $ 22.30 | $ 7,314.40 | $ 1,008.98 | | $ 8,323.38 | 942.81 | $ 9,266.19 |
| 841154 | DIAZ, RAUL | $ 22.30 | $ 7,314.40 | $ 946.14 | | $ 8,260.54 | 919.40 | $ 9,179.94 |
| 840253 | ELLIS, CHARLES | $ 21.70 | $ 520.80 | $ 84.08 | | $ 604.88 | 68.52 | $ 673.40 |
| 842766 | FARIAS, ALVARO | $ 22.30 | $ 7,314.40 | $ 1,420.52 | | $ 8,734.92 | 989.43 | $ 9,724.35 |
| 843225 | FIGUEROA, ALFONSO | $ 21.70 | $ 1,909.60 | $ 236.54 | | $ 2,146.14 | 240.35 | $ 2,386.49 |
| 825844 | FIGUEROA, JOSE | $ 22.30 | $ 1,248.80 | $ 260.43 | | $ 1,509.23 | 170.96 | $ 1,680.19 |
| 843155 | FIGUEROA, JUAN | $ 22.30 | $ 3,211.20 | $ 445.63 | | $ 3,656.83 | 412.42 | $ 4,069.25 |
| 841543 | FIGUEROA, OSCAR | $ 22.30 | $ 1,248.80 | $ 1.09 | | $ 1,249.89 | 141.58 | $ 1,391.47 |
| 842577 | FISCHER, EMILY | $ 1,458.66 | $ 5,161.57 | $ 501.36 | $ 673.05 | $ 4,989.88 | 535.25 | $ 5,525.13 |
| 840877 | FLORES, GREGORIO | $ 22.30 | $ 7,314.40 | $ 1,420.52 | | $ 8,734.92 | 972.20 | $ 9,707.12 |
| 825857 | FLORES, GREGORIO | $ 22.30 | $ 7,314.40 | $ 488.46 | | $ 7,802.86 | 883.85 | $ 8,686.71 |
| 840150 | FLORES, MARIO | $ 22.30 | $ 1,248.80 | $ 1.09 | | $ 1,249.89 | 140.84 | $ 1,390.73 |
| 842405 | FONTENOT, LARRY | $ 22.30 | $ 7,492.80 | $ 1,207.12 | | $ 8,699.92 | 947.75 | $ 9,647.67 |
| 842526 | FREEMAN, JENNIFER | $ 16.00 | $ 5,248.00 | $ 488.46 | | $ 5,736.46 | 630.00 | $ 6,366.46 |

| ID# | NAME | HOURLY WAGE/BI-MONTHLY SALARY | TOTAL LOST WAGES/SALARY | TOTAL LOST BENEFITS | LESS SEVERANCE | WAGES+BENEFITS LESS SEVERANCE | INTEREST * | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 843233 | FULLER, PEGGY | $ 1,170.05 | $ 4,680.18 | $ 20.42 | | $ 4,700.60 | 516.23 | $ 5,216.83 |
| 841955 | GALARZA, ANGEL | $ 21.70 | $ 2,083.20 | $ 138.40 | | $ 2,221.60 | 238.09 | $ 2,459.69 |
| 842783 | GALBRAITH, ROBERT | $ 3,437.33 | $ 12,162.85 | $ 918.72 | $ 1,586.48 | $ 11,495.09 | 1,248.86 | $ 12,743.94 |
| 828247 | GALVAN, SALVADOR | $ 22.30 | $ 7,492.80 | $ 5.94 | | $ 7,498.74 | 813.21 | $ 8,311.95 |
| 843088 | GARCIA, CATARINO | $ 11.20 | $ 448.00 | $ - | | $ 448.00 | 50.75 | $ 498.75 |
| 823126 | GARCIA, EUGENIO | $ 22.30 | $ 7,492.80 | $ 5.94 | | $ 7,498.74 | 813.21 | $ 8,311.95 |
| 841530 | GARCIA, JESUS | $ 10.70 | $ 428.00 | $ 0.89 | | $ 428.89 | 48.58 | $ 477.47 |
| 842587 | GARCIA, JOSE | $ 21.70 | $ 7,117.60 | $ 507.34 | | $ 7,624.94 | 859.18 | $ 8,484.12 |
| 841466 | GARCIA, JOSEPH | $ 18.00 | $ 5,904.00 | $ 1,420.52 | | $ 7,324.52 | 825.33 | $ 8,149.85 |
| 841231 | GARCIA, MANUEL | $ 22.30 | $ 4,638.40 | $ 828.64 | | $ 5,467.04 | 616.03 | $ 6,083.07 |
| 826783 | GARTH, CALMOR | $ 24.75 | $ 8,514.00 | $ 946.14 | | $ 9,460.14 | 1,055.71 | $ 10,515.85 |
| 821423 | GARY, JEANIE | $ 1,430.06 | $ 4,268.22 | $ 1,407.90 | $ 1,452.00 | $ 4,224.12 | 475.56 | $ 4,699.68 |
| 824799 | GLOSTON, JOEL | $ 22.30 | $ 4,638.40 | $ 828.64 | | $ 5,467.04 | 616.03 | $ 6,083.07 |
| 824327 | GONZALEZ, ALFONSO | $ 22.30 | $ 7,314.40 | $ 5.94 | | $ 7,320.34 | 829.20 | $ 8,149.54 |
| 842141 | GONZALEZ, ANGELITA | $ 10.70 | $ 3,509.60 | $ 5.94 | | $ 3,515.54 | 384.01 | $ 3,899.55 |
| 840613 | GONZALEZ, JAVIER | $ 11.20 | $ 448.00 | $ 0.89 | | $ 448.89 | 50.85 | $ 499.74 |
| 829178 | GONZALEZ, LORENZO | $ 24.75 | $ 8,514.00 | $ 1,307.12 | | $ 9,821.12 | 1,082.45 | $ 10,903.57 |
| 841814 | GRAHAM, AYMEE | $ 3,033.45 | $ 9,333.80 | $ 1,344.74 | $ 2,800.00 | $ 7,878.54 | 883.87 | $ 8,762.41 |
| 842775 | GRANGER, JOSEPH | $ 1,300.05 | $ 5,200.20 | $ 962.26 | | $ 6,162.46 | 676.78 | $ 6,839.24 |
| 840819 | GROZE, CURTIS | $ 28.25 | $ 9,266.00 | $ 946.14 | | $ 10,212.14 | 1,115.50 | $ 11,327.64 |
| 841816 | GUILLORY, SABRINA | $ 1,040.04 | $ 3,200.16 | $ 501.36 | $ 960.00 | $ 2,741.52 | 307.29 | $ 3,048.81 |
| 826331 | GUTIERREZ, MIGUEL | $ 22.30 | $ 7,314.40 | $ 1,307.12 | | $ 8,621.52 | 964.68 | $ 9,586.20 |
| 840682 | HARRIS, WILLIAM | $ 14.45 | $ 4,739.60 | $ 488.46 | | $ 5,228.06 | 581.88 | $ 5,809.94 |
| 840681 | HARTT, STEVEN | $ 2,975.38 | $ 9,155.46 | $ 529.32 | $ 2,746.06 | $ 6,938.72 | 744.30 | $ 7,683.02 |
| 820715 | HAYS, DAVID | $ 25.00 | $ 8,600.00 | $ 1,388.40 | | $ 9,988.40 | 1,127.47 | $ 11,115.87 |
| 842102 | HERNANDEZ MATEO, SERGIO | $ 23.53 | $ 8,094.32 | $ 1,307.12 | | $ 9,401.44 | 1,003.85 | $ 10,405.29 |
| 840231 | HERNANDEZ SANDOVAL, JUAN | $ 22.30 | $ 892.00 | $ 213.08 | | $ 1,105.08 | 125.18 | $ 1,230.26 |
| 820382 | HERNANDEZ SANDOVAL, RAMON | $ 23.45 | $ 8,066.80 | $ 1,420.52 | | $ 9,487.32 | 1,071.85 | $ 10,559.17 |
| 843224 | HERNANDEZ-HERNANDEZ, JESUS | $ 22.30 | $ 2,676.00 | $ 1.93 | | $ 2,677.93 | 297.00 | $ 2,974.93 |
| 840936 | HERRERA GUTIERREZ, GILBERTO | $ 11.20 | $ 716.80 | $ 1.04 | | $ 717.84 | 80.96 | $ 798.80 |
| 842121 | HILSTOCK, KENNETH | $ 21.70 | $ 5,034.40 | $ 646.53 | | $ 5,680.93 | 618.87 | $ 6,299.80 |
| 842448 | HOFFPAUIR, RICHARD | $ 24.00 | $ 4,416.00 | $ 270.58 | | $ 4,686.58 | 528.09 | $ 5,214.67 |
| 822930 | JONES, CLYDE | $ 25.18 | $ 8,661.92 | $ 5.94 | | $ 8,667.86 | 925.52 | $ 9,593.38 |
| 841974 | JONES, JERRY | $ 22.30 | $ 7,314.40 | $ 1,207.12 | | $ 8,521.52 | 948.45 | $ 9,469.97 |
| 821807 | JONES, WESLEY | $ 22.30 | $ 7,314.40 | $ 872.14 | | $ 8,186.54 | 904.71 | $ 9,091.25 |
| 841254 | KIMBRELL, RONALD | $ 24.00 | $ 8,064.00 | $ 5.94 | | $ 8,069.94 | 910.12 | $ 8,980.06 |
| 826345 | KING, SERMANDO | $ 26.55 | $ 9,133.20 | $ 1,420.52 | | $ 10,553.72 | 1,191.29 | $ 11,745.01 |
| 842233 | KIRKMAN, LAWRENCE | $ 21.70 | $ 7,117.60 | $ 5.94 | | $ 7,123.54 | 787.94 | $ 7,911.48 |
| 841296 | LARA DAVILA, ELISEO | $ 22.30 | $ 7,671.20 | $ 1,307.12 | | $ 8,978.32 | 940.18 | $ 9,918.50 |
| 821333 | LARA TREJO, ESTEBAN | $ 22.30 | $ 7,314.40 | $ 1,420.52 | | $ 8,734.92 | 989.43 | $ 9,724.35 |
| 840608 | LEWIS, PHILLIP | $ 22.30 | $ 4,816.80 | $ 583.45 | | $ 5,400.25 | 576.62 | $ 5,976.87 |
| 842592 | LOPEZ AGUILAR, FRANCISCO | $ 22.30 | $ 7,314.40 | $ 5.94 | | $ 7,320.34 | 829.20 | $ 8,149.54 |
| 840595 | LOPEZ, CARLOS | $ 22.30 | $ 7,671.20 | $ 1,207.12 | | $ 8,878.32 | 996.04 | $ 9,874.36 |
| 829854 | MAGALLON, FRANCISCO | $ 21.70 | $ 1,736.00 | $ 210.77 | | $ 1,946.77 | 218.02 | $ 2,164.79 |
| 825595 | MAGALLON, MANUEL | $ 22.30 | $ 7,671.20 | $ 507.34 | | $ 8,178.54 | 872.47 | $ 9,051.01 |
| 841076 | MAGALLON, RIGOBERTO | $ 21.70 | $ 7,291.20 | $ 1,207.12 | | $ 8,498.32 | 910.75 | $ 9,409.07 |
| 841181 | MALDONADO, EFRAIN | $ 22.30 | $ 7,671.20 | $ 1,388.40 | | $ 9,059.60 | 1,023.53 | $ 10,083.13 |
| 841128 | MARROQUIN, ERVIN | $ 22.95 | $ 7,527.60 | $ 488.46 | | $ 8,016.06 | 892.19 | $ 8,908.25 |
| 824736 | MATHEW, LUIS | $ 22.30 | $ 7,314.40 | $ 5.94 | | $ 7,320.34 | 829.20 | $ 8,149.54 |
| 842051 | MATTHEWS, LAURA | $ 1,040.04 | $ 3,680.16 | $ 501.36 | $ 480.00 | $ 3,701.52 | 415.26 | $ 4,116.78 |
| 840512 | MCFARLANE, MICAH | $ 3,033.45 | $ 9,333.80 | $ 1,344.74 | $ 2,800.00 | $ 7,878.54 | 876.11 | $ 8,754.65 |

| ID# | NAME | HOURLY WAGE/BI-MONTHLY SALARY | TOTAL LOST WAGES/SALARY | TOTAL LOST BENEFITS | LESS SEVERANCE | WAGES+BENEFITS LESS SEVERANCE | INTEREST * | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 822844 | MENDOZA, J. JESUS | $ 23.50 | $ 8,272.00 | $ 1,307.12 | | $ 9,579.12 | 1,035.05 | $ 10,614.17 |
| 824490 | MENN-MAYORGA, ORDONEZ | $ 22.30 | $ 2,140.80 | $ 392.14 | | $ 2,532.94 | 283.66 | $ 2,816.60 |
| 842556 | MILES, JOHNNY | $ 21.70 | $ 2,083.20 | $ 1.78 | | $ 2,084.98 | 233.50 | $ 2,318.48 |
| 823731 | MITCHELL, GARRY | $ 22.30 | $ 7,314.40 | $ 1,420.52 | | $ 8,734.92 | 989.43 | $ 9,724.35 |
| 840784 | MOLANDERS, ED | $ 3,210.26 | $ 9,878.07 | $ 555.78 | $ 2,962.96 | $ 7,470.89 | 828.57 | $ 8,299.45 |
| 841247 | MORGAN, HENRY | $ 22.30 | $ 713.60 | $ 127.27 | | $ 840.87 | 95.25 | $ 936.12 |
| 840272 | MORGAN, NATASHA | $ 22.30 | $ 7,314.40 | $ 1,388.40 | | $ 8,702.80 | 980.64 | $ 9,683.44 |
| 811895 | MORRIS, JERRY | $ 3,605.47 | $ 11,094.32 | $ 984.90 | $ 3,327.57 | $ 8,751.65 | 932.75 | $ 9,684.40 |
| 841120 | MUNGUIA, JOSE JUAN | $ 22.30 | $ 7,671.20 | $ 1,420.52 | | $ 9,091.72 | 1,027.15 | $ 10,118.87 |
| 825659 | NGUYEN, LIEM | $ 21.70 | $ 7,117.60 | $ 1,420.52 | | $ 8,538.12 | 962.08 | $ 9,500.20 |
| 840569 | NGUYEN, TONY | $ 22.30 | $ 1,427.20 | $ 219.83 | | $ 1,647.03 | 186.08 | $ 1,833.11 |
| 822222 | NIETO, SANTOS | $ 22.30 | $ 7,314.40 | $ 872.14 | | $ 8,186.54 | 904.71 | $ 9,091.25 |
| 841577 | NUNEZ, JOSE | $ 22.30 | $ 7,314.40 | $ 1,307.12 | | $ 8,621.52 | 953.63 | $ 9,575.15 |
| 821977 | OBREGON, ROBERTO | $ 23.97 | $ 7,862.16 | $ 1,307.12 | | $ 9,169.28 | 1,020.54 | $ 10,189.82 |
| 840220 | OCEGUERA, FERNANDO | $ 22.30 | $ 2,676.00 | $ 2.13 | | $ 2,678.13 | 297.81 | $ 2,975.94 |
| 843160 | OLUA, JUAN | $ 23.45 | $ 8,066.80 | $ 1,307.12 | | $ 9,373.92 | 1,000.91 | $ 10,374.83 |
| 828465 | PARRA, FERNANDO | $ 22.30 | $ 7,314.40 | $ 5.94 | | $ 7,320.34 | 814.76 | $ 8,135.10 |
| 821277 | PARRA, FRANCISCO | $ 23.45 | $ 8,254.40 | $ 1,307.12 | | $ 9,561.52 | 1,033.15 | $ 10,594.67 |
| 842814 | PEREZ, JUAN | $ 21.70 | $ 7,464.80 | $ 1,207.12 | | $ 8,671.92 | 972.88 | $ 9,644.80 |
| 840235 | PEREZ, VICTOR | $ 22.30 | $ 1,248.80 | $ 1.09 | | $ 1,249.89 | 141.58 | $ 1,391.47 |
| 826504 | PHAM, BINH | $ 22.30 | $ 7,314.40 | $ 1,307.12 | | $ 8,621.52 | 953.63 | $ 9,575.15 |
| 840454 | PHILLIPS, JOE | $ 2,166.75 | $ 6,667.07 | $ 1,237.94 | $ 1,999.93 | $ 5,905.08 | 658.98 | $ 6,564.06 |
| 841525 | POWELL, TERRY | $ 21.70 | $ 7,117.60 | $ 946.14 | | $ 8,063.74 | 896.70 | $ 8,960.44 |
| 840265 | PREWITT, DANNY | $ 27.20 | $ 9,139.20 | $ 1,008.98 | | $ 10,148.18 | 1,144.51 | $ 11,292.69 |
| 823809 | PRINCE, THOMAS | $ 22.30 | $ 7,314.40 | $ 5.94 | | $ 7,320.34 | 809.71 | $ 8,130.05 |
| 842333 | PROVOST, JOSHUA | $ 23.51 | $ 7,711.28 | $ 1,307.12 | | $ 9,018.40 | 941.73 | $ 9,960.13 |
| 841934 | RANGEL, ALEJANDRO | $ 22.30 | $ 7,314.40 | $ 1,420.52 | | $ 8,734.92 | 984.26 | $ 9,719.18 |
| 841987 | REYES DE HERNANDEZ, JUANA | $ 10.70 | $ 3,509.60 | $ 5.94 | | $ 3,515.54 | 384.01 | $ 3,899.55 |
| 841440 | REYES VALDOVINOS, SANTIAGO | $ 11.20 | $ 448.00 | $ 0.89 | | $ 448.89 | 50.85 | $ 499.74 |
| 824765 | REYES, ALEJANDRO | $ 22.30 | $ 7,314.40 | $ 946.14 | | $ 8,260.54 | 919.40 | $ 9,179.94 |
| 820196 | REYES, JOSE | $ 23.45 | $ 7,691.60 | $ 1,420.52 | | $ 9,112.12 | 1,026.76 | $ 10,138.88 |
| 842831 | REYES, JOSE | $ 21.70 | $ 7,117.60 | $ 5.94 | | $ 7,123.54 | 802.69 | $ 7,926.23 |
| 840567 | REYES, ROBERT | $ 22.30 | $ 7,314.40 | $ 490.22 | | $ 7,804.62 | 879.43 | $ 8,684.05 |
| 829696 | REYES-VALDOVINOS, ALFREDO | $ 14.45 | $ 346.80 | $ 0.50 | | $ 347.30 | 39.34 | $ 386.64 |
| 840541 | REYNOLDS, MICHAEL | $ 27.00 | $ 8,856.00 | $ 1,207.12 | | $ 10,063.12 | 1,113.09 | $ 11,176.21 |
| 840159 | RICHARDSON, JOHN | $ 2,666.84 | $ 8,205.89 | $ 1,244.14 | $ 2,461.45 | $ 6,988.58 | 769.57 | $ 7,758.15 |
| 841759 | RILEY, THOMAS | $ 21.70 | $ 7,117.60 | $ 872.14 | | $ 7,989.74 | 882.96 | $ 8,872.70 |
| 841388 | RIZO ESPINOZA, FRANCISCO | $ 11.20 | $ 1,792.00 | $ 3.12 | | $ 1,795.12 | 203.34 | $ 1,998.46 |
| 827190 | ROBERTS, CARL | $ 23.97 | $ 7,862.16 | $ 1,307.12 | | $ 9,169.28 | 957.48 | $ 10,126.76 |
| 840383 | ROBERTS, RICKEY | $ 22.30 | $ 7,314.40 | $ 1,003.04 | | $ 8,317.44 | 942.14 | $ 9,259.58 |
| 840008 | ROBLES, DAVID | $ 24.43 | $ 8,013.04 | $ 1,307.12 | | $ 9,320.16 | 1,037.34 | $ 10,357.50 |
| 821796 | ROCHA, DAVID | $ 22.55 | $ 7,937.60 | $ 1,307.12 | | $ 9,244.72 | 998.92 | $ 10,243.64 |
| 820112 | ROCHA, HUGO | $ 22.30 | $ 892.00 | $ 154.56 | | $ 1,046.56 | 118.55 | $ 1,165.11 |
| 841626 | ROGERS, JAMES | $ 2,187.55 | $ 6,731.05 | $ 33.54 | $ 2,019.15 | $ 4,745.44 | 524.43 | $ 5,269.87 |
| 842169 | ROGERS, RICHARD | $ 21.70 | $ 7,117.60 | $ 1,207.12 | | $ 8,324.72 | 925.72 | $ 9,250.44 |
| 825488 | RUIZ, GERARDO | $ 23.72 | $ 8,159.68 | $ 946.14 | | $ 9,105.82 | 1,003.61 | $ 10,109.43 |
| 840554 | RUIZ, JOSE | $ 11.20 | $ 448.00 | $ 0.89 | | $ 448.89 | 50.85 | $ 499.74 |
| 841876 | SALAZAR, MARTHA | $ 10.70 | $ 3,509.60 | $ 488.46 | | $ 3,998.06 | 436.72 | $ 4,434.78 |
| 840028 | SALINAS, MIGUEL | $ 25.00 | $ 8,800.00 | $ 946.14 | | $ 9,746.14 | 1,053.10 | $ 10,799.24 |
| 840602 | SALOMON GALVAN, LEONIDES | $ 22.30 | $ 2,319.20 | $ 1.93 | | $ 2,321.13 | 258.11 | $ 2,579.24 |
| 824624 | SIMMONS, SAMPSON | $ 22.30 | $ 713.60 | $ 94.45 | | $ 808.05 | 91.53 | $ 899.58 |

| ID# | NAME | HOURLY WAGE/BI-MONTHLY SALARY | TOTAL LOST WAGES/SALARY | TOTAL LOST BENEFITS | LESS SEVERANCE | WAGES+BENEFITS LESS SEVERANCE | INTEREST * | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 843166 | SMITH, RUTH | $ 13.00 | $ 4,264.00 | $ 490.22 | | $ 4,754.22 | 535.71 | $ 5,289.93 |
| 841737 | STANLEY, MARY | $ 1,365.05 | $ 4,260.21 | $ 22.86 | $ 1,200.00 | $ 3,083.07 | 345.58 | $ 3,428.65 |
| 843247 | TAPIA, CARLOS | $ 21.70 | $ 2,256.80 | $ - | | $ 2,256.80 | 249.63 | $ 2,506.43 |
| 822291 | TAYLOR, FRANK | $ 22.30 | $ 7,671.20 | $ 456.38 | | $ 8,127.58 | 895.00 | $ 9,022.58 |
| 840675 | TOMLIN, JOHNNIE | $ 21.70 | $ 7,117.60 | $ 5.94 | | $ 7,123.54 | 797.77 | $ 7,921.31 |
| 842871 | TORRES, ALFONSO | $ 22.30 | $ 2,140.80 | $ 1.78 | | $ 2,142.58 | 239.95 | $ 2,382.53 |
| 821448 | TORRES, JESUS | $ 24.51 | $ 8,039.28 | $ 1,307.12 | | $ 9,346.40 | 1,040.26 | $ 10,386.66 |
| 821141 | TORRES, JOSE | $ 26.55 | $ 8,920.80 | $ 490.22 | | $ 9,411.02 | 1,061.37 | $ 10,472.39 |
| 825813 | TORRES-ESCALANTE, JOSE | $ 22.52 | $ 7,386.56 | $ 1,307.12 | | $ 8,693.68 | 925.72 | $ 9,619.40 |
| 842446 | TRAN, TUAN | $ 22.58 | $ 7,586.88 | $ 1,207.12 | | $ 8,794.00 | 948.49 | $ 9,742.49 |
| 840956 | TREJO-GUTIERREZ, RUBEN | $ 22.30 | $ 1,784.00 | $ 1.44 | | $ 1,785.44 | 199.95 | $ 1,985.39 |
| 829652 | UMFRID, MARY | $ 21.70 | $ 1,215.20 | $ 0.94 | | $ 1,216.14 | 137.64 | $ 1,353.78 |
| 842830 | VALENCIA VARGAS, BULMARO | $ 21.70 | $ 2,604.00 | $ 422.49 | | $ 3,026.49 | 336.85 | $ 3,363.34 |
| 842096 | VALENCIA, JESUS | $ 23.81 | $ 8,190.64 | $ 1,420.52 | | $ 9,611.16 | 1,084.89 | $ 10,696.05 |
| 824544 | VALENCIA, SALVADOR | $ 11.20 | $ 448.00 | $ 0.45 | | $ 448.45 | 50.80 | $ 499.25 |
| 827638 | VEGA, ALBERTO | $ 22.30 | $ 7,671.20 | $ 1,307.12 | | $ 8,978.32 | 958.67 | $ 9,936.99 |
| 841736 | WARNER, RONALD | $ 25.00 | $ 1,400.00 | $ 93.01 | | $ 1,493.01 | 169.12 | $ 1,662.13 |
| 840950 | WATLER, NICOLAS | $ 10.70 | $ 1,712.00 | $ 266.35 | | $ 1,978.35 | 224.09 | $ 2,202.44 |
| 840372 | WATSON, LYNETTE | $ 1,046.97 | $ 3,221.71 | $ 885.12 | $ 966.18 | $ 3,140.65 | 347.39 | $ 3,488.04 |
| 827559 | WEBER, DEAN | $ 22.30 | $ 7,314.40 | $ 507.34 | | $ 7,821.74 | 885.99 | $ 8,707.73 |
| 840483 | WILLIAMS, TERRY | $ 22.95 | $ 7,527.60 | $ 5.94 | | $ 7,533.54 | 821.43 | $ 8,354.97 |
| 840522 | WOLFFORD, JERRY | $ 26.55 | $ 8,920.80 | $ 946.14 | | $ 9,866.94 | 1,074.88 | $ 10,941.82 |
| 829038 | WORKMAN, RAYLAND | $ 22.30 | $ 7,314.40 | $ 458.46 | | $ 7,772.86 | 864.36 | $ 8,637.22 |
| 842535 | ZOLLINGER, OLIN | $ 3,499.73 | $ 12,383.62 | $ 1,390.88 | $ 1,615.32 | $ 12,159.18 | 1,335.36 | $ 13,494.54 |
| | | | | | | $ 1,087,135.47 | 120,389.18 | $ 1,207,524.66 |

*  INTEREST SINCE TERMINATION IS CALCULATED BASED ON THE PRIME RATE OF 3.25% IN EFFECT SINCE 12/16/2008, COMPOUNDED QUARTERLY.

4